```
                                                       FILED - LN
                                                   March 30, 2022 9:51 AM
                                                      CLERK OF COURT
                                                    U.S. DISTRICT COURT
                                                 WESTERN DISTRICT OF MICHIGAN
                                                 BY: eod /      SCANNED BY: /ov 3\30
```

********* In the U.S. District Court Western District Of Michigan *********

I; man Bahati:Hasan

    Claimant

_____

Case Number: **1:22-cv-296**
**Jane M. Beckering**
**U.S. District Judge**

Claim: Trespass

Steven A. Jacobs

_____

Wrongdoers

'i: a man; claim Steven A. Jacobs trespassed by way of filing false claims engaging in, barratry, malicious prosecution, fraud, extortion, unjust enrichment; Theft by unlawful seizure of property; the trespass did and does continue to cause harm; (unlawful trespass against the man; being kept from my property which is also causing me harm and emotional damages; have not been afforded due process of law, etc.) i require and demand a compensation of twenty five million dollars; i require a court of record; i require a trial by jury; I require the restoration of my property; i, say here, and will verify in open court, that all herein be true - Bahati Hasan.

By: Bahati Hasan

Care of: Bahati Hasan
4352 Bay rd Suite 145.
Saginaw, Mi 48603



Bahati H.
4352 Bay rd.
Suite 145
Saginaw, MI 48603

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

7019 1120 0002 1051 0785

Screened by USMS

CERTIFIED MAIL

METROPLEX MI
28 MAR 2022 PM

U.S. POSTAGE PAID
FCM LETTER
SAGINAW, MI
48603
MAR 28, 22
AMOUNT
$3.95
R2304H108661-58

48933-154799